Almeda E. Daynard, Respondent, v. Amaziah Daynard and Others, Impleaded with Merton Sixbury and Ruth Sixbury, an Infant, etc., Appellants.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., and Foote, J., who dissented.

Thomas A. McCreedy, Respondent, v. Anna M. Chambers and Margaret E. Graham, Appellants, Impleaded with Others.— Order reversed and new trial granted, with costs to appellants to abide event. Held, that the reception of the evidence of the witnesses, Sarah McCreedy and Myrtie McCreedy, embracing conversations with Margaret McCreedy, in her lifetime, constitute error, requiring a reversal. All concurred.

G. H. Peters Company, Appellant, v. St. Joseph's Roman Catholic Church Society of Perry, Wyoming County, New York, Respondent.— Judgment affirmed, with costs. All concurred.

Thomas H. Adams and Others, Constituting the Firm of The Central Banking Company of Mt. Union, Penn., Appellants, v. The R. G. Chase Company, Respondent.—Judgment affirmed, with costs. All concurred; Robson, J., not sitting.

Birt Smith, Plaintiff, v. John L. Smith, Individually and as One of the Executors, etc., Appellant, Impleaded with Lyman C. Smith, Respondent, and Others.—Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury and the findings of the trial court, to the effect that the defendant Lyman Smith substantially performed the contract in suit, and that his failure to fully perform same was attributable to Uretta Smith, deceased, are without evidence to support same; and further, that the weight of the evidence establishes that there was a settlement and adjustment of the matters in suit between the defendant Lyman Smith and the deceased, Uretta Smith, in her lifetime, whereby the contract in suit was extinguished. All concurred.

Pearl Wean, by Anna Wean, Her Guardian ad Litem, Respondent, v. George Hayes, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $250 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Lottie Lindholm, Respondent, v. City of Buffalo, Appellant. — Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. James De Vito and Others, Appellants.— Judgment of conviction and orders affirmed. All concurred.

Henry Warnock, as Administrator, etc., Appellant, v. Rochester Railway and Light Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

James W. Wadsworth, Appellant, v. The Board of Supervisors of Livingston County and Others, Respondents.— Judgment affirmed, with costs. All concurred.